

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JAN 0 2 2008
JAN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GREGORY CHAMPION
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

STATES Attorney Dick Devine
EXE. Director Godinez
Thomas Dart
C.P.D., Delia #20736
City of Chicago
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv0022
JUDGE PALLMEYER
MAG.JUDGE VALDEZ

Case No _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Gregory Champion

B. List all aliases: _____

C. Prisoner identification number: #20060080031

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Dick Devine

   Title: States Attorney

   Place of Employment: Cook County

B. Defendant: Godinez

   Title: Executive Director

   Place of Employment: Cook County Jail

C. Defendant: Thomas Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. John Delia #20736
CHGO. Police officer
City of Chicago

E. City of Chicago

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

          YES (X)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

          YES (X)  NO ( )

    C.    If your answer is **YES**:

        1.  What steps did you take?
            I filed grievance, for County jail to produce my clothes & property bag.

        2.  What was the result?
            I was given signed response, stating that subpoena had been issued.

        3.  If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
            No procedure.

    D.    If your answer is **NO**, explain why not:

E. Is the grievance procedure now completed?  YES (X)  NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G. If your answer is **YES**:

   1. What steps did you take?
   _____
   _____
   _____

   2. What was the result?
   _____
   _____
   _____

H. If your answer is **NO**, explain why not:
   _____
   _____
   _____

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _Champion v Dahlquist 07C 1373_

B. Approximate date of filing lawsuit: _3/12/07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Gregory Champion_

D. List all defendants: _Ronald Dahlquist CPD Root #16311, City of Chicago, Chgo Police Dept, Superintendant Cline_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District, Eastern Division_

F. Name of judge to whom case was assigned: _Judge Castillo_

G. Basic claim made: _Due process, false arrest ETC_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending Count VII against Delia & City of Chgo. I have dropped at my election, No spoliation of evidence, Delia returned property bag to me. Very important, No spoliation of evidence!! In 07C 1373 Delia no longer is defendant!!_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① I, Plaintiff Champion, was jailed in Cook County Jail, circa 10/15/06. My property bag, which was sealed by Chgo. Police Dept, was inventoried & put into Sheriff's custody, receipt # 035112.

② Someone in States attorney's office produced fake, illegal subpoena directing Cook County Jail to release my belongings to Chgo. Police detective John Delia #20736. Delia's signature appears on County Jail property release sheet. Cook County Jail has no record of receiving subpoena or releasing property. EXHIBIT 4

③ Property release sheet (EXHIBIT 4) also shows asst. States attorney Peo Sapeto as picking up property from county.

④ Exhibits ① and ② show Judges court order to bring property bag from County Jail to courthouse, dated 2/08/07 and 2/13/07.

⑤ Exhibits ③ and ④ and ⑤ round out the rest of Plaintiff Champion's evidence pertaining to fake subpoena, Property release sheet, & current location of property, Chgo. Police Custody.

6. States Attorney Dick Devine, at all times acting under color of state law, did not prevent his employees from engaging in illegal manufacturing of subpoena, therin violating Champion 4th constitutional amendment right to not be subject to illegal search & seizure. Devine actions also violate 14nth amendment due process.

7. Executive Director Godinez, under Sheriff Thomas Dart, acting under color of state law, both violated plaintiff Champions right to be free of illegal search & seizure, by giving possession of Champions belongings to C.P.D. detective Delia #20136, e also violates his 14nth due process rights. In 07C1373, Delia has returned evidence to Plaintiff Champion.

8. Detective Delia #20736, acting under color of state law, violated Champions 4th search & seizure, & 14th due process rights. City of Chgo. employs Delia, therefore is liable!!

Relief

I want all defendants liable for $5,000,000. (Five million) dollars apiece.

Certification

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court. Signed this 22 day of December 2007, Gregory Champion

VI.  Relief:

GREGORY CHAMPION
#20060080031
1419 Woodhollow Ln
Flossmoor, IL. 60422

Revised: 7/20/05

ORDER                                                 CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.                                                  No. 06-239138
                                                        06-276754
Gregory Champion

### ORDER

It is hereby ordered:

1) On February 20, 2007 - Cook County Sheriff shall bring Defendant's personal bag/backpack to Branch 46. 555 W. Harrison 9:00 a.m. inventory # 035112. I.D. # 6-80031

2. Defendant's attorney, seeks to obtain all paperwork, receipts, notes, etc. from the bag for use at trial.

**ENTERED**
FEB 13 2007
**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

Atty. No.: 30295
Name: M. Biel
Atty. for: Gregory Champion
Address: 555 W. Harrison
City/State/Zip: Chicago, IL
Telephone: (312) 355-9400

ENTERED:

Dated: 2-13, 07

Judge                                          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Exhibit (1)

CCG N002-300M-2/28/05(43480658)

ORDER

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF STATE OF ILLINOIS

v.

GREGORY CHAMPION

No. 06-239138
No. 06-276754

**ENTERED**
FEB 08 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

### ORDER

IT IS HEREBY ORDERED:

1) ON FEBRUARY 13, 2007 - COOK COUNTY SHERIFF SHALL BRING DEFENDANT'S PERSONAL BAG/BACKPACK TO BRANCH 46 - 555 W. HARRISON 9:00 A.M.

2) DEFENDANT'S ATTORNEY, SEEKS TO OBTAIN ALL PAPERWORK, RECEIPTS, NOTES, ETC. FROM THE BAG FOR USE AT TRIAL.

Atty. No.: PUB. DEF.
Name: M. BIEL
Atty. for: G. CHAMPION
Address: 555 W. HARRISON
City/State/Zip: CHICAGO, IL
Telephone: 312-325-9400

ENTERED:
Dated: FEB. 8, 2007

Judge
Judge's No. 1914

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT 2

ORIGINAL - COURT FILE

IN THE CIRCUIT COURT OF COOK COUNTY
THE PEOPLE OF THE STATE OF ILLINOIS

Oct 861

TO   COOK COUNTY SHERIFFS DEPT.
     ATTN. EXECUTIVE DIR. KURTOVICH
     26TH & CALIFORNIA
     CHICAGO, ILLINOIS 60608

GREETING:

WE COMMAND YOU, that all business and excuses being laid aside, you and each of your attend before the Grand Jury of our Circuit Court of Cook County, on this day of, 2006 at 9:00 o'clock in the AM at the Circuit Court House in Chicago, 26th and California Avenue, in said Cook County, to give evidence and the truth to speak concerning a certain complaint made before said Grand Jury, against JOHN DOE INVESTIGATION and that you also diligently and carefully search for, and examine and inquire after and bring with you and produce at the time and place aforesaid ANY AND ALL CONTENTS OF THE PROPERTY BAG BELONGING TO INMATE GREGORY CHAMPION JR # 911336.

Compliance with this subpoena may be made by tendering the aforesaid documents to DET. J. DELIA (STAR #20736), CHICAGO POLICE DEPARTMENT, AREA 3 UNIT #630, 2452 W. BELMONT STREET, CHICAGO, ILLINOIS 60618, TELEPHONE (312) 744-8263 & FAX (312) 744-5130, agents of the Grand Jury. You are not to disclose the existence of this request as such disclosure may impede the investigation and compromise the enforcement of the law.

And this you will in no wise omit under penalty of the Law.

Witness, DOROTHY BROWN, Clerk of our said Court and the Seal thereof, at Chicago, in said County, this 26TH day of OCTOBER 2006

Dorothy Brown
Clerk

FABIO VALENTINI
ASSISTANT STATE'S ATTORNEY
Felony Review
1650 South California Avenue
Chicago, Illinois 60608
ROOM - 14 C 10
(773) 869-3020

**FILED GRAND JURY**

OCT 2 6 2006

DATE

STATE OF ILLINOIS ) SS.
COOK COUNTY

being duly sworn, on oath says that he served the within Writ by reading the same to the within

_____ on the _____ day of _____ 20___, in said Court.

Sworn to me before this _____ day of _____ 20___

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit (3)

0080026

0080027

0080028

0080029

0080030

0080031    X Selli 20736          PicK ap By State Atty
                                   Pev Sapeta

0080032

0080033

0080034

0080035  X Cali Walker         10/15/06

0080036

0080037  Sherri Kuellen  mother 10-23-06

0080038

0080039  Rouchi Johnson   10-26-06

0080040  X Hector Mones          10/15/06

0080041

0080042  X Maraa Ortiz

0080043  X                       10/18/06

0080044

0080045  X Royce Mago

0080046

Exhibit ④

| PROPERTY INVENTORY – NO. CHICAGO POLICE DEPARTMENT CPD-34.523 (REV 8/03) | INV NO 10879779 | PKG NO 881276 | | UNIT 630 | INVENTORY NO. 10879779 |
|---|---|---|---|---|---|
| DATE RECOVERED 15-NOV-2006 | | RD HM657326 | RE-INVENTORY OF: | | |

### DESCRIPTION OF PROPERTY

| ITEM ID | QUANTITY | |
|---|---|---|
| 1861794 | 1 | CLOTHING / FUR : PLASTIC BAG MISC. CLOTHING |
| 1861795 | 1 | ID DOCUMENTATION : MISC ID'S NAME OF GREGORY CHAMPION |
| 1861796 | 1 | CELL PHONE / PAGER : QWEST CELL PHONE S/N F8CQVFKWC2135 |

COPY 3 ← written "Y 3 O U R" / "C O P Y"

$ TOTAL CASH U.S.C

**COMMENTS:** CHAMPION IS CURRENTLY IN CUSTODY IN CCDOC FOR RES BURG. WHEN ARRESTED IN POSSESSION OF PROPERTY BELONGING TO VICTIM IN ABOVE RD. SHERIFF'S LEGAL DEPT REQUIRED SUBPOENA TO RECOVER THE PROPERTY. IN # 10865049

Court Date
Court Branch

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

CURRENCY:

| IUCR 0620 | BURGLARY UNLAWFUL ENTRY | | CHARGE TYPE: MISDEMEANOR | |
|---|---|---|---|---|

STATE CHARGES:

| RECOVERED/SEIZED FROM – NAME | INVESTIGATING OFFICER – DELIA, JOHN | STAR NO. 20736 | UNIT 630 | AT 2650 S CALIFORNIA AVE CHICAGO, IL | BEAT OF RECOVERY 1033 |
|---|---|---|---|---|---|
| [X] ARRESTEE [ ] DECEASED | | | | | |
| OWNER'S NAME CHAMPION, GREGORY | | ADDRESS | 2650 S CALIFORNIA AVE CHICAGO, IL | TELEPHONE NO. | |

| FOUND BY – NAME [ ] CHECK IF C.P.D. | 1st OFFICER'S NAME DELIA, JOHN | STAR NO. 22736 | UNIT 630 | TELEPHONE NO. |
|---|---|---|---|---|
| | SIGNATURE Electronic Approval | | | |
| | 2nd OFFICER'S NAME | STAR NO. | UNIT | |
| | SIGNATURE Electronic Approval | | | |

HELD FOR INVESTIGATION
[X] AND/OR EVIDENCE
IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

| [ ] PROPERTY OWNER PICK-UP PURSUANT TO NOTICE OF INVENTORY RETURN POLICY | APPROVING DESK SERGEANT OGLIORE, MICHAEL | STAR NO. 1267 | OFFICER'S SIGNATURE – STAR - UNIT |
|---|---|---|---|
| [ ] TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (This applies if property is not evidence, not returnable and/or owner is unknown) | | | |

INITIAL DESTINATION OF PROPERTY:
ERPS
VIA [X] POLICE VEH
[ ] E & RPS PICKUP
[ ] RECOVERING UNIT PERSONNEL
[ ] EVID/LAB TECHNICIAN

| DATE 07-DEC-2006 | TIME 13:32 |
|---|---|

COPY 3 – COURT COPY – ATTACH TO COURT PAPERS

Created by: PCCN429

Exhibit (5)