

R

**UNITED STATES DISTRICT** **08cv0022**
**NORTHERN DISTRICT OF I** **JUDGE PALLMEYER**
Civil Cover Sh **MAG. JUDGE VALDEZ**

| | |
|---|---|
| **Plaintiff(s):** GREGORY CHAMPTION | **Defendant(s):** DICK DEVINE, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Gregory Champion<br>#2006-0080031<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:**<br><br>**FILED**<br>JAN - 2 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** G. E. Woodham　　**Date:** 01/02/2008

Pallmeyer　07C7267
Valdez