**FILED**

JAN 28 2008  JAN 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) GREGORY CHAMPION

Case Number: 08C0022

V.

Defendant(s) Devine
Dart
Godinez
Delia

Judge: REBECCA Pallmeyer

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, GREGORY CHAMPION, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   I have requested in writing that counsel be appointed me pursuant to my indigent status.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, (or previously have been,) represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Gregory L. Champion
Movant's Signature

1419 Wood Hollow Ln
Street Address

1/22/08
Date

Flossmoor IL 60422
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or (previously have been) represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Honorable Judge Castillo    Case Number: 07C 1373

Case Title: Champion v Dahlquist ET Al

Appointed Attorney's Name: Laura Cullison

If this case is still pending, please check box  ☒

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐