FILED
1/31/08
8:15 A.M.
RE: 08C0022
amended 07C6414
amended 07C7267

FEB 07 2008
FEB 07 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the District Court and the Honorable Judge Pallmeyer.

This is Gregory Champion. I inadvertently forgot to include

EXHIBITS pp. 3A→3G

my previous lawsuits in my complaints. Could you please forward

amended → 07C6414
amended → 07C7267

these sheets into 08C0022 as exhibits. I would hate for my

lawsuits to get dismissed because of my oversight of listing previous lawsuits!! I cannot get copies made because inexplicably, I cannot get called to law library.

Very Very Sincerely, & Regrettably forgotten,

P.S. I also cannot get service copies of amended complaints. County jail is preventing me from going to law library!! 02/02/08

Gregory Champion
#20060080031
P.O. Box 089002
Chgo. Ill. 60608

I only was able to make (1) complete sets of "previously filed lawsuits" 3A→3G !! 02/02/08
Please include 3A→3G in 07C6414, 07C7267, & 08C0022 !!

Very important: In pending case 08C0022, I included all exhibits pertaining to fake subpoena & County jail. I could not name as defendant individual states attorney responsible for fake subpoena because they are not known. Also, I could not name County jail employee responsible for releasing my property & clothes to Detective Delia or asst. states attorney "Peo Sapeta" because they are not known. Cook County jail has no record of releasing my belongings to anyone other than the property release sheet, exhibit #4.

Thank You Once Again!!

P.S. This alleged asst. States attorney Peo Sapeta, cannot be found. Please Judge Pallmeyer, do not let these people get away with this misconduct!!! They all broke federal law, U.S. Constitution

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: CHAmPion v Devine 08c 0022

B. Approximate date of filing lawsuit: 12/24/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: GreG CHAmPion

D. List all defendants: Dick Devine, Director Godinez, Thomas Dart, #20736, Delia C./P.o., City of CHICAGO

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Pallmeyer

G. Basic claim made: Illegal Search, Seizure

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: _CHAmPion v DArT_
    _o7c 7267_

B.  Approximate date of filing lawsuit: _12/04/07_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _GreG CHAmPion_

D.  List all defendants: _Thomas DArT, Director Godinez_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern DisTrict_

F.  Name of judge to whom case was assigned: _Pallmeyer_

G.  Basic claim made: _14 Due Process_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: _Champion v Dahlquist_
          _07C 1373_

    B. Approximate date of filing lawsuit: _3/15/07_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Gregory Champion_

    D. List all defendants: _C.P.D. Delia #20736, CPD Co.T #16311, CPD Clinc, Ronald Dahlquist, CPD, City of Chicago_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Eastern Division_

    F. Name of judge to whom case was assigned: _Castillo_

    G. Basic claim made: _Due process violations, false arrest, ETC._

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: Champion v Eagle Printing 07C1702

   B. Approximate date of filing lawsuit: 3/27/07

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Champion

   D. List all defendants: Frank Rosienski, Kevin Rosienski

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

   F. Name of judge to whom case was assigned: Castillo

   G. Basic claim made: Illegal Termination

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, No Appeal

   I. Approximate date of disposition: 4/15/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: CHAMPION V GODINEZ 3542 ??

  B. Approximate date of filing lawsuit: 7/05/07

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: CHAMPION

  D. List all defendants: GODINEZ, DELIA, CITY OF CHGO. DICK DEVINE, PEV'SAPETA,

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern DISTRICT

  F. Name of judge to whom case was assigned: CASTILLO

  G. Basic claim made: Illegal Search & Seizure

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED. NO APPEAL

  I. Approximate date of disposition: 07/23/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. Champion v Ting
   07C 6070

B. 10/23/07

C. Gregory Champion

D. Dr. A. Ting
   Paramedic Victoria Furlow

E. Northern District

F. Pallmeyer

G. Indifference to Severe Medical Emergency

H. Pending

3F

A. CHAMPION v DOOTY ET AL
   07C 6414

B. 10/13/07

C. GREGORY CHAMPION

D. SARGENT DOOTY
   SHERIFF DEPUTY JUDGE
   C.P.D. Delia #20736
   C.P.D. Hoffman
   CITY OF CHICAGO

E. Northern DISTRICT

F. Pallmeyer

G. False Arrest, Failure To Protect

H. Pending

3G